IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **VINSON EDWARD WHATLEY,** | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:14-CV-295 (MTT) |
| Sergeant **BRENDEN BROWN,** | ) |
| Defendant. | ) |

### ORDER

Before the Court is the Recommendation of United States Magistrate Judge Charles H. Weigle to grant the Defendant's motion to dismiss (Doc. 11) because the Plaintiff failed to exhaust his administrative remedies. (Doc. 18). The Plaintiff has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Defendant's motion to dismiss is **GRANTED**.

**SO ORDERED**, this 15th day of May, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT